IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00845-WDM-CBS

U2 HOME ENTERTAINMENT, INC.,

    Plaintiff,

v.

SANG D. TRAN, et al.,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to withdraw document (doc no. 3) is granted.

Dated:  May 4, 2007

    s/ Jane Trexler, Judicial Assistant