**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-00845-WDM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: October 31, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC., d/b/a NEW IMAGE AUDIO & VIDEO, a California corporation, *et al.,* | Andrew J. Felser<br>Neal C. Baroody, via telephone |
| **Plaintiffs,** | |
| v. | |
| LE VU HUYEN, individually and d/b/a SAIGON TOURS, *et al.,* | Matthew J. Cassady<br>Vu Phi Le, pro se |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in Session:     10:47 a.m.**
Court calls case.  Appearances of counsel and pro se defendants.

The parties discuss the status of the case with the Court.

**ORDERED:   The address for defendant Le Vu Huyen a/ka Vu Phi Le shall be updated as follows:**

> 2634 E. 137th Pl.
> Thornton, CO 80602

**ORDERED:   Plaintiff's Motion for Judgment Against Defendant Vu Phi Le Pursuant to Stipulation [filed October 30, 2007; doc. 55] is hereby withdrawn without prejudice.  Counsel shall refile the motion by November 14, 2007.**

HEARING CONCLUDED.

**Court in Recess:     11:01 a.m.**
Total In-Court Time:     00:14