IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00845-WDM-CBS

U2 HOME ENTERTAINMENT, INC.,

    Plaintiff,

v.

SANG D. TRAN, et al.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Drop and Add Defendants (*doc. no. 57)* is **GRANTED**. Le Vu Huyen is dropped as a defendant, Vu Phi Le is added as a defendant and the case caption shall be modified accordingly.

**DATED:**     November 15, 2007